AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| JAMES MALINCHAK INTERNATIONAL INC., a domestic corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>SUZANNE EVANS COACHING, LLC, a South Carolina limited liability corporation; SUZANNE EVANS, an individual<br><br>*Defendant(s)* | Civil Action No. 2:16-cv-00089-JCM-CWH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Suzanne Evans
185 Rivulet Lane
Murrells Inlt, SC 29576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Malinchak International, Inc.
c/o Cooper Coons, Ltd.
10655 Park Run Drive, Suite 130
Las Vegas, NV 89144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

1/15/16



LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| JAMES MALINCHAK INTERNATIONAL INC., a domestic corporation<br><br>*Plaintiff(s)*<br>v.<br>SUZANNE EVANS COACHING, LLC, a South Carolina limited liability corporation; SUZANNE EVANS, an individual<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:16-cv-00089-JCM-CWH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Suzanne Evans Coaching, LLC
185 Rivulet Lane
Murrells Inlt, SC 29576

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: James Malinchak International, Inc.
c/o Cooper Coons, Ltd.
10655 Park Run Drive, Suite 130
Las Vegas, NV 89144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

1/15/16

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK



DATE